UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

TOU VUE,

  Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,

  Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:16-CV-00155-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and the complaint having been filed in this action;

IT IS ORDERED that the application is:

☒ GRANTED.

 ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this   3rd   day of   February  ,   2016  .

/s/ *Barbara A. McAuliffe*

Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer