KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TOU VUE,<br><br>          Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>          Defendant. | Case # 1:16-CV-0155-BAM<br><br>STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE |

    The parties hereby stipulate by counsel, that Plaintiff shall have a first 30 day extension of time to file Plaintiff's confidential brief, in accordance with the scheduling order. Document 6-1, Section 12. Confidential Brief shall now be due on September 14, 2016. The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated August 15, 2016:        /s/ Kelsey M Brown
                                       KELSEY MACKENZIE BROWN CA #263109
                                       Mackenzie Legal, PLLC
                                       1003 Whitman Street
                                       Tacoma, WA 98406
                                        (206) 300-9063
                                       Attorney for Plaintiff

Dated August 15, 2016:        s/ KELSEY M. BROWN for Timothy Bolin

TIMOTHY BOLIN
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

# ORDER

On August 16, 2016, the parties filed a stipulation for Plaintiff to have an extension of time to submit a confidential brief. (Doc. 12). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 6 at 4), and this is the first extension requested by the parties. Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's request for an extension of time is GRANTED.

2. Plaintiff SHALL serve a confidential letter brief on or before September 14, 2016.

IT IS SO ORDERED.

Dated:   **August 17, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE