1  KELSEY BROWN, CA #263109
2  Mackenzie Legal, PLLC
   1003 Whitman Street
3  Tacoma, WA 98406

4  (206) 300-9063
   Email: kelsey@mackenzielegal.com
5
   Attorney for Plaintiff
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                            FRESNO DIVISION

10

11 | TOU VUE,                          |                                      |
12 |          Plaintiff,               | Case # 1:16-CV-00155-BAM             |
13 |     vs.                           | STIPULATION AND ORDER EXTENDING      |
   |                                   | BRIEFING SCHEDULE                    |
14 | COMMISSIONER OF SOCIAL SECURITY   |                                      |
15 |          Defendant.               |                                      |

16     The parties hereby stipulate by counsel, that Plaintiff shall have a second 30 day
17 extension of time to file Plaintiff's opening brief, in accordance with the scheduling order.
18 Plaintiff's counsel is unwell, is a solo practitioner and unable to complete the briefing at this
19 time. Opening Brief shall now be due on December 21, 2016.
20     The parties stipulate that the Court's Scheduling Order shall be modified accordingly.
21
22 Dated November 21, 2016:        /s/ Kelsey M Brown
                                    KELSEY MACKENZIE BROWN CA #263109
23
   Page 1    STIPULATION                              Mackenzie Legal, PLLC
             [1:16-CV-00155-BAM]                      1003 Whitman Street
                                                      Tacoma, WA 98406
                                                      (206) 300-9063

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
 (206) 300-9063
Attorney for Plaintiff

Dated November 20, 2016:  s/ KELSEY M. BROWN for Timothy Bolin
TIMOTHY BOLIN per Esther Kim
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

**ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to submit his confidential letter brief. Plaintiff's opening brief is now due on or before December 21, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:   **November 22, 2016**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
         [1:16-CV-00155-BAM]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063