PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
      Social Security Administration
      Office of the General Counsel
      160 Spear St Ste 800
      San Francisco, CA 94105
      Telephone: (415) 977-8982
      Email: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOU VUE,<br><br>      Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:16-cv-00155-BAM<br><br>STIPULATION AND ORDER FOR AN<br>EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended for 45 days from January 20, 2017 to March 7, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

Defendant requests this extension due to her attorney's inordinately heavy caseload in January 2017 through February 2017, including an appellate brief before the United States Court of Appeals for the Ninth Circuit and 30 other District Court cases, in a variety of stages, seven of which require imminent briefing in the next three weeks. Defendant's counsel is also assisting an active employment case before the Equal Employment Opportunity Commission that is in the

midst of the discovery process and requires responding to Complainant's Request for Interrogatories, Admission and Production of Documents by January 23, 2017.  Defendant's counsel respectfully requests this additional time to respond to Plaintiff's arguments.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Dated: January 17, 2017

Respectfully submitted,
*/s/ Kelsey Brown**
(* As authorized via email on January 17, 2017)
KELSEY BROWN

Attorney for Plaintiff

Dated: January 17, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 45-day extension, or until March 7, 2017, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   __**January 19, 2017**__          ____/s/ Barbara A. McAuliffe____
                                            UNITED STATES MAGISTRATE JUDGE