MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
16Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Office of the General Counsel
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOU VUE, | ) Case No. 1:16-cv-00155-BAM |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION AND ORDER FOR** |
| | ) **THE AWARD AND PAYMENT OF** |
| v. | ) **ATTORNEY FEES AND EXPENSES** |
| | ) **PURSUANT TO THE EQUAL ACCESS** |
| NANCY A. BERRYHILL, Acting | ) **TO JUSTICE ACT, 28 U.S.C.** |
| Commissioner of Social Security, | ) **§ 2412(d)** |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of Six Thousand Five Hundred dollars ($ 6,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel, Kelsey Brown.

1

Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: April 26, 2019     By:     */s/ Beatrice Na for Kelsey Brown* *
KELSEY BROWN
(* By email authorization on April 26, 2019)

Attorney for Plaintiff

Dated: April 26, 2019     By:     */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorney for Defendant

# ORDER

Based upon the parties' stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act ("Stipulation") filed on April 26, 2019, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2412, fees in the amount of six thousand five hundred dollars ($6,500.00) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **April 30, 2019**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE